**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 96-7569**

―――――――――

SYLPHIDE A. SPENCER,

Plaintiff - Appellant,

versus

B. DOLAN, Lieutenant; WENDY HOBBS, Warden,
Virginia Correctional Center for Women,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CA-96-680)

―――――――――

Submitted:  July 22, 1997          Decided:  August 5, 1997

―――――――――

Before NIEMEYER, HAMILTON, and WILLIAMS, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Sylphide A. Spencer, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on her claim under 42 U.S.C.A. § 1983 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Spencer v. Hobbs, No. CA-96-680 (E.D. Va. Sept. 23, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED